```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03145
    DARRYL F JONES
    MILDRED L JONES                         CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-5332    SSN XXX-XX-2006

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 11/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          493.60          .00           .00
NATIONWIDE ACCEPTANCE~     UNSECURED         4245.12          .00           .00
GREAT AMERICAN FINANCE     SECURED            200.00         1.61        153.39
GREAT AMERICAN FINANCE     UNSECURED          318.56          .00           .00
SANTANDER CONSUMER USA     SECURED          29872.00       514.84       1122.89
SANTANDER CONSUMER USA     UNSECURED             .27          .00           .00
AURORA LOAN SERV           CURRENT MORTG        .00          .00           .00
AURORA LOAN SERV           MORTGAGE ARRE        .00          .00           .00
CITY OF CHICAGO WATER DE   SECURED           1211.00          .00        105.00
COOK COUNTY TREASURER      SECURED NOT I     1693.33          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1960.81          .00           .00
ALTA VISTA CREDIT UNIO     UNSECURED          553.34          .00           .00
ALTA VISTA CREDIT UNIO     UNSECURED          397.23          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          4024.76          .00       1660.04
INTERNAL REVENUE SERVICE   UNSECURED           39.71          .00           .00
US CELLULAR                UNSECURED         NOT FILED        .00           .00
SPRINT BANKRUPTCY          UNSECURED         2311.93          .00           .00
CHARTER COMMUNICATION      UNSECURED         NOT FILED        .00           .00
DIRECT TV                  UNSECURED         NOT FILED        .00           .00
SBC                        UNSECURED         NOT FILED        .00           .00
CITY OF CHICAGO PARKING    UNSECURED         1370.00          .00           .00
US CELLULAR                UNSECURED         NOT FILED        .00           .00
PORTFOLIO RECOVERY         UNSECURED         1015.97          .00           .00
FIRST NATIONAL BANK OF M   UNSECURED         NOT FILED        .00           .00
HOUSEHOLD AUTOMOTIVE FIN   UNSECURED         NOT FILED        .00           .00
ECAST SETTLEMENT           UNSECURED          925.14          .00           .00
CHRIST HOSPITAL            UNSECURED         NOT FILED        .00           .00
ILLINOIS COLLECTION SE     UNSECURED         NOT FILED        .00           .00
LASALLE BANK               UNSECURED         NOT FILED        .00           .00
MACYS RETAIL HOLDINGS      UNSECURED         2454.66          .00           .00
MACYS DSNB                 UNSECURED         NOT FILED        .00           .00
HSBC BANK NEVADA NA        UNSECURED          254.06          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 03145 DARRYL F JONES & MILDRED L JONES
```

```
MERRICK BANK              UNSECURED        1194.18              .00              .00
IL DEPT OF HUMAN SERVICE  UNSECURED      NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         800.24              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         595.32              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         823.85              .00              .00
SNAP ON CREDIT LLC        SECURED NOT I    1588.10              .00              .00
TCF BANK                  UNSECURED      NOT FILED              .00              .00
OAK LAWN RADIOLOGY IMAGI  UNSECURED      NOT FILED              .00              .00
WASHINGTON MUTUAL/PROVID  UNSECURED      NOT FILED              .00              .00
WELLS FARGO BANK          UNSECURED      NOT FILED              .00              .00
UNITED MORTGAGE & LOAN I  CURRENT MORTG       .00               .00              .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     59.50               .00            59.50
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,500.00                            3,500.00
TOM VAUGHN                TRUSTEE                                              611.06
DEBTOR REFUND             REFUND                                               784.30

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   8,512.63

PRIORITY                                          1,719.54
SECURED                                           1,381.28
     INTEREST                                       516.45
UNSECURED                                              .00
ADMINISTRATIVE                                    3,500.00
TRUSTEE COMPENSATION                                611.06
DEBTOR REFUND                                       784.30
                          ---------------       ---------------
TOTALS                    8,512.63                8,512.63
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/25/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE